

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel: (212) 858-7769
Fax: (212) 858-7543
ManningKass.com

LEE PINZOW

November 15, 2024

**VIA ECF**
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: ***Allstate Ins. Co., et al. v. Skillman Chemists Corp., et al.*, 24-cv-6619 (PKC)(LKE)**

Dear Judge Eshkenazi:

  We represent Plaintiffs in the above-referenced matter, and along with Defendants write to advise the Court of the status of this matter. We are pleased to inform the Court that the parties have reached an agreement in principle to resolve the matter. In light of the upcoming holidays, in order to allow for time for the parties to exchange a written agreement and finalize the settlement terms, the parties anticipate that the agreement will be complete by January 15, 2025. Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of Voluntary Dismissal concerning the named defendants and Notice of Voluntary Dismissal as to the John Doe and ABC Corporation Defendants.

  We thank the Court for its attention to this matter.

       Respectfully Submitted,

       **MANNING & KASS, ELLROD, RAMIREZ,**
        **TRESTER LLP**

       Lee Pinzow, Esq.

Cc: All Parties Via ECF

DALLAS
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

LOS ANGELES
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

ORANGE COUNTY
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

PHOENIX
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

SAN DIEGO
225 Broadway, Suite 1200
San Diego, CA 92101
(619) 515-0269

SAN FRANCISCO
101 Montgomery Street, Suite
2550
San Francisco, CA 94104
(415) 217-6990