Exhibit "4"
**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> SKILLMAN CHEMISTS CORP., ET AL., <br><br> Defendants. | 24-cv-6619 (PKC)(LKE) <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO SKILLMAN CHEMISTS CORP. AND VYACHESLAV KHAIMOV |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1.     Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Skillman Chemists Corp. and Vyacheslav Khaimov ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.     Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3.     This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~January ___, 2025~~
April 23, 2025

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**


By:_____
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    Wall Street Plaza
    100 Wall Street, Suite 700
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance
    Company,   Allstate Fire and Casualty
    Insurance Company, Allstate Indemnity Company,
    and Allstate Property and Casualty Insurance
    Company*


**GARY TSIRELMAN P.C.**


By:_____
    Gary Tsirelman, Esq.
    129 Livingston Street, 2nd Fl.
    Brooklyn, New York 11201
    *Counsel for Defendants
    Skillman Chemists Corp. and
    Vyacheslav Khaimov*